**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-02291-WJM-MEH

PAUL KAMAU RUNANU,

    Plaintiff,

v.

BARBARA BROHL, Executive Director, Colorado Department of Revenue, and Cynthia Coffman, Colorado Attorney General,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting December 23, 2015 Recommendation Of Magistrate Judge and Granting Defendants' Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on January 12, 2016, it is

ORDERED that the Magistrate Judge's Recommendation (ECF No. 22) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 5) is GRANTED.  Judgment is entered in favor of defendants and against the plaintiff and the action and Complaint are DISMISSED WITH PREJUDICE.  Each party shall pay their own costs.

Dated at Denver, Colorado this 12th day of January 2016.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk